# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KEITH HENDERSON,**

    *Plaintiff*,

v.                         Case No.: 4:21cv180-MW/MJF

**JOEL ARNOLD, et al.,**

    *Defendants*.

_____/

# ORDER ACCEPTING AND ADOPTING
# REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 21. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 21, is **accepted and adopted** as this Court's opinion. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 19, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(g), without prejudice to initiating a new cause of action accompanied by payment of the $402.00 filing fee." The Clerk shall

close the file.

**SO ORDERED on July 7, 2021.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**